1
2
3
4
5
6
7

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 3 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: SA08-248 M |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| vs. ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Villamar, Jose Manuel ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___So Calif___,
for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on ___foreign travel experience; lack of bail resources; history of noncompliance w/ supervision conditions;___

1  substance abuse history

2

3  and/or

4 B.  [X] The defendant has not met his/her burden of establishing by clear and

5  convincing evidence that he/she is not likely to pose a danger to the safety of any

6  other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This

7  finding is based on  criminal history record;

8  nature of allegs, which include new

9  alleged offenses (one of which

10  remains pending and is set for trial)

11

12

13     IT THEREFORE IS ORDERED that the defendant be detained pending further

14 revocation proceedings.

15

16 DATED:  5/30/08

17  ROBERT N. BLOCK
  UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28